David W. Graves (pro hac vice)
Bard D. Borkon (pro hac vice)
William F. Auther (Bar No. 014317)
MacKenzie L. Deal (Bar No. 028411)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona  85012-2736
(602) 643-2300
Fax: 602-248-0947
Minute Entries: mme@phx.bowmanandbrooke.com
Attorneys for Defendant(s)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Nance, et al., | No. CV-13-08011-PCT-FJM |
| Plaintiff(s), | NOTICE OF SETTLEMENT |
| v. | |
| Toyota Motor Sales, U.S.A., Inc., Toyota Motor Corporation; Takata Corporation; | |
| Defendant(s). | |

Please be advised that a settlement has been reached in the above-captioned matter and the parties are working diligently to reach signed agreements memorializing the terms of the settlement agreement. Accordingly, the parties request that the Court vacate the upcoming trial dates. The parties will submit dismissal papers as soon as possible.

DATED this 31st day of October, 2014.

Respectfully submitted,

BOWMAN AND BROOKE LLP

By: /s/ MacKenzie L. Deal
William F. Auther
MacKenzie L. Deal
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, Arizona  85012-2736

| | |
|---|---|
| 1 | David W. Graves (pro hac vice) |
| 2 | Bard D. Borkon (pro hac vice)<br>BOWMAN AND BROOKE LLP |
| 3 | 150 South Fifth Street<br>Suite 3000 |
| 4 | Minneapolis, Minnesota  55402 |
| 5 | Attorneys for Defendants Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Takata Corporation |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on October 31, 2014, I electronically transmitted the foregoing |
| 3 | NOTICE OF SETTLEMENT to the Clerk's office using the CM/ECF System for filing and |
| 4 | transmittal to the following counsel: |

1
2   I hereby certify that on October 31, 2014, I electronically transmitted the foregoing
3   NOTICE OF SETTLEMENT to the Clerk's office using the CM/ECF System for filing and
4   transmittal to the following counsel:

Bryn R. Johnson
THE MCKAY JOHNSON FIRM, PLC
1019 S. Stapley Drive
Mesa, Arizona 85204
Bryn@AccidentLawAz.com
480-833-1667

LaMar B. Brown (pro hac vice)
ROBINSON CALCAGNIE ROBINSON
SHAPIRO DAVIS, INC.
19 Corporate Plaza Drive
Newport Beach, CA  92660
lbrown@rcrlaw.net
949-720-1288

Attorneys for Plaintiffs

/s/ Angel L. King