IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Nance, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>Toyota Motor Sales USA, Inc., et al.,<br><br>   Defendants. | No. CV-13-08011-PCT-FJM<br><br>ORDER |

  Pursuant to the Stipulation for Dismissal of the Entire Case (doc. 120),

  **IT IS ORDERED** plaintiffs' claims, actions, and causes of action asserted against defendants, and the entire action are dismissed with prejudice, with each party to bear its own respective costs of litigation, attorney's fees, and expenses.

  Dated this 3rd day of November, 2014.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge

1